**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

**MICHAEL SHANE TENISON**                                                                 **PLAINTIFF**

**v.**                                        **Case No. 4:14-cv-00084-KGB**

**CITY OF LONOKE, ARKANSAS,
and MICHAEL WILSON,
Individually and in his Official Capacity**                                      **DEFENDANTS**

<u>**ORDER**</u>

  Based on the parties' written representations, this case is removed from the trial docket

for the week of February 2, 2015.

  SO ORDERED this the 28th day of January, 2015.

              _____
              Kristine G. Baker
              United States District Judge