# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

**MICHAEL SHANE TENISON**                                      **PLAINTIFF**

**v.**                          **Case No. 4:14-cv-00084-KGB**

**CITY OF LONOKE, ARKANSAS,**
**and MICHAEL WILSON,**
**Individually and in his Official Capacity**                       **DEFENDANTS**

## ORDER

Before the Court is the parties' joint motion to dismiss (Dkt. No. 21). For good cause shown, the Court grants the motion and dismisses with prejudice plaintiff Michael Shane Tenison's complaint.

SO ORDERED this the 20th day of May, 2015.

_____
Kristine G. Baker
United States District Judge